KATHERINE WEBER, Respondent, v. PAERDEGAT AMUSEMENT CORPORATION, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay for thirty days granted to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THE BROOKLYN PUBLIC LIBRARY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Kelby, J., dissents.

GIOVANNA GENNUSO, as Administratrix, etc., of ERNESTO GIUSEPPE GENNUSO, Deceased, Respondent, v. RINELLI & GUARDINO, INC., Appellant.— Judgment and order reversed on consent, and new trial granted, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur. Settle order on notice.

ISIDORE HENIGSTEIN, Respondent, v. A. D. B. CONSTRUCTION CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of MARY A. KINNELLY, Respondent, to Cancel and Discharge a Mortgage of Record. ALIEN PROPERTY CUSTODIAN, Appellant. — Order of the County Court of Kings county modified by directing payment of the amount due for principal and interest on the mortgage to the Alien Property Custodian instead of to the city chamberlain of the city of New York, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

KALMAN LAZAR and Another, Respondents, v. A. D. B. CONSTRUCTION CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SIDNEY MAGNUS, Respondent, v. FRANK NEW, Appellant, and Twelve Similar Actions by the Same Plaintiff against Other Defendants.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements, but without prejudice to a renewal of the motion as to one or both causes of action after the complaint has been amended as directed, and after service of answer. See opinion in *Magnus* v. *New* (*ante*, p. 123), decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.